UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON LYN WYATT,<br><br>              Plaintiff,<br><br>   v.<br><br>KING COUNTY,<br><br>              Defendant. | CASE NO. 2:25-cv-01986-RAJ-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is DISMISSED without prejudice under 28 U.S.C. § 1915 for failure to state a claim.

(3)     The Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 3) is DENIED as moot

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 9th day of January, 2026.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge